NUMBER 13-06-467-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


IN RE: HELMSMAN MANAGEMENT SERVICES, INC., Relator.

___________________________________________________________________


On Petition for Writ of Mandamus


___________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Castillo and Garza


Memorandum Opinion Per Curiam


 Relator, HELMSMAN MANAGEMENT SERVICES, INC.,filed its petition for writ
of mandamus with this Court on August 24, 2006. Relator has now filed a motion to
voluntarily dismiss its petition for writ of mandamus. In its motion, relator states that
the parties have agreed to an order that renders the petition moot. 

 The Court, having considered the documents on file and relator's motion to
voluntarily dismiss its petition for writ of mandamus, is of the opinion that the motion
should be granted. Relator's motion to voluntarily dismiss is granted, and the petition
for writ of mandamus is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 5th day of October, 2006.